TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-05-00751-CR







George Stephen Owen, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT


NO. 05-381-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Patricia J. Cummings, is ordered to tender a brief in this cause no later than March 2, 2007.

It is ordered January 30, 2007.



Before Justices Patterson, Pemberton and Waldrop

Do Not Publish